172 So.2d 541

Juanita **LEE** et al.

v.

**CITY OF BIRMINGHAM.**

6 Div. 11.

Court of Appeals of Alabama.

Oct. 6, 1964.

Rehearing Denied Jan. 19, 1965.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, Jack Greenberg and Norman C. Amaker, New York City, for appellant.

J. Louis Wilkinson and Wm. C. Walker, Birmingham, for appellee.

PRICE, Presiding Judge.

Reversed and rendered on authority of Robinson v. State of Florida, 378 U.S. 153, 84 S.Ct. 1693, 12 L.Ed.2d 771.